**Antonio MUNOZ–LOPEZ, a.k.a. Jose Luis Hernandez–Torres, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–73788.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 13, 2010.

Richard Flores Lemus, Esquire, Law Offices of Richard F. Lemus, Fullerton, CA, for Petitioner.

Jacob Bashyrov, Esquire, Sheri Robyn Glaser, Trial, James Arthur Hunolt, Senior Litigation Counsel, Oil, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Antonio Munoz–Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *De Martinez v. Ashcroft,* 374 F.3d 759, 761 (9th Cir.2004), we deny the petition for review.

The BIA did not abuse its discretion in denying Munoz–Lopez's motion to reopen because he did not establish prima facie eligibility for adjustment of status. *See INS v. Abudu,* 485 U.S. 94, 104–05, 108 S.Ct. 904, 99 L.Ed.2d 90 (1988) (holding that BIA may deny an alien's motion to reopen if alien is not prima facie eligible for relief sought).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

